# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Matthew Paul Pastore,<br>**Debtor 1**<br><br>Stephanie Angelina Pastore,<br>fka Stephanie Angelina Frye,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18−bk−05373−HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 1, 2019. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: June 6, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

orcnfpln(05/18)